FILED
CLERK, U.S. DISTRICT COURT

APR − 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY \_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-919 DSF |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |
| v. | |
| Fidel Diaz-Vasquez | |
| Defendant. | |

    In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

    A.  ( )  the appearance of the defendant as required; and/or

    B.  (✓)  the safety of any person or the community.

The Court concludes that :

A. ( )   Defendant failed to present clear and convincing evidence to establish that Defendant is not a risk of flight because:

*NO INFO RE SURETIES OR BACKGROUND TO PTS*

B. (X)   Defendant failed to present clear and convincing evidence to establish that Defendant does not pose a risk to the safety of other persons or the community because:

*Prior Convictions*

IT IS ORDERED that defendant be detained.

DATE: April 8, 2013

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2